Opinion by EKWALL, J. It was stipulated that the merchandise consists of fuel oil derived from petroleum and that the facts and issue herein are the same in all material respects as those in *Esso Standard Oil Company* v. *United States* (30 Cust. Ct. 111, C. D. 1506). In the cited case it was held that a liquidator's failure to withhold liquidation upon certain quota merchandise and his liquidation without allowance for the reduction granted under the quota constituted a clerical error and that the collector's refusal to reliquidate upon demand duly made by the importer was in error. In view of the agreement of counsel and following the cited case, the claim of the plaintiff was sustained.

**No. 57460.**—Vintage Wines, Inc. v. United States, protest 201263–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.

**No. 57461.**—B. Shackman & Co. and S. Stern Henry & Co. v. United States, protest 156545–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of chinaware miniature tea sets the same in all material respects as those the subject of *B. Shackman & Co.* and *S. Stern Henry & Co.* v. *United States* (28 Cust. Ct. 298, C. D. 1426), the claim of the plaintiffs was sustained.

**No. 57462.**—B. Shackman & Co. and S. Stern Henry & Co. v. United States, protests 156705–K, 165260–K, and 165538–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of chinaware miniature tea sets the same in all material respects as those the subject of *B. Shackman & Co.* and *S. Stern Henry & Co.* v. *United States* (28 Cust. Ct. 298, C. D. 1426), the claim of the plaintiffs was sustained.

**No. 57463.**—Wah Chang Corp. v. United States, protests 199840–K (A), etc. (New York).